## Jordan *vs.* Carter.

On a motion for a new trial on the ground of newly discovered testimony, it must appear that the movant used diligence to procure the testimony on the trial, and that the same is not cumulative merely.

Jackson, Judtice.

## Bazemore *vs.* Gilbert, tax collector.

1. The verdict is not contrary to the evidence.
2. Where exception is taken to the entire charge, a new trial will not be granted unless the charge, as a whole, is erroneous.

Warner, Chief Justice.

## Welchel *et al. vs.* Parker, ex'r.

[Warner, Chief Justice, was providentially prevented from presiding in this case.]

Where the heirs at law of a person who died in 1847, seek to open transactions between their ancestor and defendant's testator, which occurred in 1845, by a bill filed in 1876, and no equity arising out of fraud or concealment is clearly and fully set out and specified in said bill, the bill was properly dismissed on demurrer because of the lapse of time.

Jackson, Justice.